UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | Case No.    4:02CR253-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | O R D E R |
| | ) | |
| Antonio Jones | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A Violation Report was filed in this case on November 9, 2009, and the Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a Report and Recommendation. A Report and Recommendation was filed on November 13, 2009.

The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

A hearing was conducted on November 24, 2009. The defendant, Antonio Jones, and his counsel, Damian Billak, appeared. Also present were Assistant United States Attorney Samuel Yannucci and United States Probation Officer Kevin Clements.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a term of six (6) months with credit for time already served in custody since November 7, 2009. Supervised release is extended for two (2) years upon release.

  November 24, 2009            *s/David D. Dowd, Jr.*
        Date                   DAVID D. DOWD, JR.
                               UNITED STATES DISTRICT JUDGE